**Exhibit A**

## AFFIDAVIT OF SERVICE

June 02, 2025

| SHERIFF'S NUMBER | DEFENDANT | BERGEN COUNTY SHERIFF DEPT |
|---|---|---|
| DISTRICT OF TEXAS | 1 OF 1 | |
| S25001316 | | |

TYPE OF SERVICE
SUMMONS & COMPLAINT                                          Cruz

I, ANTHONY CURETON, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE _S.O. M. Marte-Diaz #1968_ AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

ATTORNEY
PROOF TECHNOLOGY INC
2111 WOODWARD AVENUE STE300
DETROIT MI 48201

| CHECK # | AMOUNT |
|---|---|
| M3156 | 35.00 |

RECEIPT # 229122

COURT   U.S DISTRICT COURT
DOCKET  425CV02012

STATE
TX

COUNTY OF VENUE

CAPTION OF CASE

*XABX353755*

GERALD ADAMS
VS
JULIA JONES

NAMED WITHIN TO BE SERVED

NAME        JULIA JONES
ADDRESS     320 ADOLPHUS AVENUE UNIT 512
            CLIFFSIDE PARK NJ 07010

PAPERS SERVED

SUMMONS & COMPLAINT

SERVICE DATA RECORDED

[ ✓ ]SERVED  [ ] UNABLE TO SERVE  (1) _____ _____ _____  DATE [ 06 ] / [ 21 ] / [ 25 ]

ATTEMPTS _____ 1 _____  (2) _____ _____ _____  TIME [ 11 : 53 : am ]

REMARKS: _____

PERSON SERVED: Julia Jones

| | | | |
|---|---|---|---|
| [ ✓ ] COPY PERSONALLY DELIVERED | | [ ] MANAGING or GENERAL AGENT, PARTNER | |
| [ ] COPY LEFT WITH: | | [ ] REGISTERED AGENT | |
| COMPETENT HOUSEHOLD MEMBER OVER | | [ ] AGENT AUTHORIZED TO ACCEPT | |
| 14 YRS OF AGE RESIDING THEREIN | | [ ] DIRECTOR, TRUSTEE | |
| [ ] OFFICER | | | |

[ ] IS IN THE MILITARY  [ ✓ ] NOT IN THE MILITARY

SEX:     [ ] MALE     [ ✓ ] FEMALE
SKIN:    [ ] WHITE  [ ] BLACK  [ ✓ ] YELLOW  [ ✓ ] BROWN  [ ] RED
HEIGHT:  [ ] UNDER 5 FEET  [ ✓ ] 5.0 -5.6 FT  [ ] 5.7 -6.0 FT  [ ] OVER 6 FT
WEIGHT:  [ ] UNDER 100 LBS  [ ] 100-150 LBS.  [ ✓ ] 151-200 LBS  [ ] OVER 200 LBS
HAIR:    [ ] BLACK  [ ✓ ] BROWN  [ ] BLOND  [ ] GRAY  [ ] RED  [ ] WHITE  [ ] BALDING
AGE:     [ ] 14-20  [ ✓ ] 21-35  [ ] 36-50  [ ] 51-65  [ ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 23 DAY OF June 20 25          _S.O. M. Marte-Diaz #1968_

_Stephanie Laude_                  DEPUTY SHERIFF OF BERGEN COUNTY
                                   STATE OF NEW JERSEY

STEPHANIE E LAUDE
NOTARY PUBLIC
NEW JERSEY