# Exhibit B

1. https://www.instagram.com/jul.joness/?hl=en
2. https://www.instagram.com/jul.joness/reel/C4icmVyMcko/
3. https://www.instagram.com/jul.joness/reel/DABiMRevfbG/
4. https://www.instagram.com/jul.joness/reel/DKChE6hxkXC/
5. https://www.instagram.com/jul.joness/p/DJ4lKXEPA44/
6. https://www.instagram.com/jul.joness/reel/DJ11NVdRlax/
7. https://www.instagram.com/jul.joness/reel/DJyWFhGAmu-/
8. https://www.instagram.com/jul.joness/reel/DJMJmbJx24g/
9. https://www.instagram.com/jul.joness/reel/DInB9xHvmhR/
10. https://www.instagram.com/jul.joness/reel/DISL5mBvgI1/
11. https://www.instagram.com/jul.joness/reel/DIRwoB5vjEE/
12. https://www.instagram.com/jul.joness/reel/DHzbhRAPeY_/
13. https://www.instagram.com/who_is_fan_boy512
14. https://www.instagram.com/who_is_fan_boy512/p/DKnKNYhR9oj/
15. https://www.instagram.com/who_is_fan_boy512/p/C_MS7ZDJ5z6/
16. https://www.instagram.com/who_is_fan_boy512/p/C_MS7ZDJ5z6/
17. https://www.instagram.com/jul.joness/reel/DFtdn7kPYHo/
18. https://www.instagram.com/jul.joness/reel/DABiMRevfbG/
19. https://www.instagram.com/jul.joness/reel/DJ11NVdRlax/
20. https://www.instagram.com/jul.joness/reel/DJyWFhGAmu-/
21. https://www.instagram.com/jul.joness/reel/DJMJmbJx24g/
22. https://www.instagram.com/jul.joness/reel/DInB9xHvmhR/
23. https://www.instagram.com/jul.joness/reel/DIRwoB5vjEE/
24. https://www.instagram.com/jul.joness/reel/DGT-82sPzqc/
25. https://www.instagram.com/jul.joness/reel/DGPKWwBMsGM/
26. https://www.instagram.com/jul.joness/reel/DFbSuqfv5_7/
27. https://www.instagram.com/jul.joness/reel/DCtc3VHR3px/

28. htttps://www.instagram.com/jul.joness/reel/DA_j-K3PbO-/
29. htttps://www.instagram.com/who_is_fan_boy512/p/C_HDzVEJiow/
30. htttps://www.instagram.com/jul.joness/reel/C-F405pv2ZV/
31. htttps://www.instagram.com/jul.joness/reel/C5ouriPvrX1/
32. https://www.instagram.com/jul.joness/reel/C5KOSpLsytl/
33. htttps://www.instagram.com/jul.joness/reel/DLqABjbvUe-/?hl=en
34. htttps://www.instagram.com/jul.joness/reel/DLX-LXZP9YW/?hl=en
35. htttps://www.instagram.com/jul.joness/reel/DLK8_7xP5jz/?hl=en