United States District Court
Southern District of Texas
**ENTERED**
March 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GERALD ADAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-02012 |
| § | |
| JULIA JONES, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff Gerald Adams' Motion for Entry of Default Judgment against Defendant FUBU Radio Inc. ("FUBU") (Doc. #20) and Motion for Entry of Default Judgment against Defendant You42Inc. ("You42") (Doc. #21) (collectively, the "Motions for Default Judgment"). Courts may enter default judgment where an opposing party fails to plead or otherwise defend as required by law and the defendant's default has been entered by the Clerk of Court. Fed. R. Civ. P. 55(b)(2); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996). Plaintiff requested the Clerk of Court enter default against FUBU and You42 on July 8, 2025, the same day it filed the Motions for Default Judgment. Doc. #23; Doc. #24. At this time, however, the Clerk of Court has yet to enter default against either FUBU or You42.

Accordingly, Plaintiff's Motions for Default Judgment (Doc. #20; Doc. #21) are DENIED without prejudice to refiling.

It is so ORDERED.

MAR 0 4 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge