United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02012 |
| | § | |
| JULIA JONES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is *pro se* Plaintiff's Motion for Leave to File Documents Electronically

(the "Motion"). Doc. #28. Plaintiff requests permission to register with the Court's Electronic

Filing System. *Id.* Finding the Motion unobjectionable, the Court hereby GRANTS the Motion.

Doc. #28.

It is so ORDERED.

3/31/26
Date

The Honorable Alfred H. Bennett
United States District Judge